■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKIEME NESBITT, Appellant. [41 NYS3d 710]—Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered January 8, 2015, convicting defendant, upon his plea of guilty, of assault in the first degree, and sentencing him, as a second violent felony offender, to a term of 20 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of 16 years, with five years' postrelease supervision, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Richter, J.P., Manzanet-Daniels, Feinman, Kapnick and Gesmer, JJ.